[S. F. No. 14833. In Bank.—December 19, 1932.]

J. L. R. MARSH, Petitioner, v. HARRY W. HALL, County Clerk, etc., Respondent.

Ray T. Coughlin for Petitioner.

No appearance for Respondent.

THE COURT.— The petition for a writ of mandate in the above-entitled matter is denied on the authority of *Uhl* v. *Collins,* (S. F. No. 14793) *ante,* p. 1 [17 Pac. (2d) 99], this day filed.